UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | | |
|---|---|---|---|
| Plaintiff | ) | | |
| v. | ) | Case No. | 1:06-CR-14 |
| | ) | | 1:06-CR-69 |
| SCHAKIA YATES | ) | | |
| Defendant. | ) | | |

## OPINION AND ORDER

Before the Court is a second letter from the defendant, Shakia Yates ("Yates") requesting the appointment of counsel to assist her in filing a Motion for Reduction of Sentence in light of the Supreme Court's recent decision in *Alleyne v. United States*, 133 S.Ct. 2151 (2013). This letter contains an identical request as her prior letter, in response to which the Court entered an Order denying her request for appointment of counsel and explaining the reasons why *Alleyne* did not apply to her case. [DE 93 in cause 1:06-CR-14 and DE 31 in 1:06-CR-69]. For the same reasons set forth in that Order, her request for appointment of counsel to pursue relief under *Alleyne* is likewise DENIED.

Entered: This 8th day of July, 2014

s/ William C. Lee
United States District Court